1

2

3

4              IN  THE  UNITED  STATES  DISTRICT  COURT

5           FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

6

7 Estate of NATHAN PRASAD,     )
  deceased, by and through MARY  )   2:12-cv-00592-GEB-GGH

8 PRASAD; MARY PRASAD; T.P., a   )
  minor; and A.P., a minor,     )

9                       )   ORDER CONTINUING STATUS
          Plaintiff,      )   (PRETRIAL SCHEDULING)

10                       )   CONFERENCE, REQUIRING
       v.                )   INFORMATION ON MINORS'

11                       )   GUARDIAN AD LITEM, and FED.
  COUNTY OF SUTTER; J. PAUL    )   R. CIV. P. 4(M) NOTICE

12 PARKER, Sutter County Sheriff's )
  Department Sheriff; DAVID     )

13 SAMSON, Sutter County Jail    )
  Division Commander; NORMAN    )

14 BIDWELL, Sutter County Jail    )
  Corrections Lieutenant; LOU ANNE )

15 CUMMINGS, Sutter County Health  )
  Officer; AMERJIT BHATTAL, Sutter )

16 County Assistant Director of   )
  Human Services – Health      )

17 Division; BRENT GARBETT, Sutter )
  County Jail Nurse Program     )

18 Manager; DORIS BROWN, Sutter   )
  County Jail Advanced Registered )

19 Nurse Practitioner; MELODY    )
  YOUNG, Sutter County Jail     )

20 Licensed Vocational Nurse;    )
  BALJINDER RAI, Sutter County   )

21 Jail Deputy Officer; SHANE    )
  DICKSON, Sutter County Jail   )

22 Deputy Officer; UNKNOWN JAIL   )
  EMPLOYEE I; FREMONT-RIDEOUT   )

23 HEALTH GROUP; MICHAEL FRATERS, )
  D.O.; and DOES I through LX,,  )

24                       )
         Defendants.     )

25 _____ )

26       The Joint Status Report filed May 25, 2012, reveals this case

27 is  not  ready  to  be  scheduled.  Therefore,  the  Status  (Pretrial

28 Scheduling)  Conference  scheduled  for  hearing  on  June  11,  2012,  is

continued to August 20, 2012, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Lou Anne Cummings, Amerjit Bhattal, and Brent Garbett with process within the 120 day period prescribed in that Rule may result in the unserved defendants being dismissed. To avoid dismissal, on or before September 10, 2012, Plaintiffs shall file proof of service for these defendants or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Lastly, no later than August 6, 2012, counsel for the minor plaintiffs shall "present (1) appropriate evidence of the appointment of a representative for the minor . . . under state law[,] or (2) [file] a motion for the appointment of a guardian ad litem by the Court in accordance with Local Rule 202(a).

IT IS SO ORDERED.

Dated:  June 5, 2012

GARLAND E. BURRELL, JR.
United States District Judge