MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
AARON J. FISCHER – 247391
KATHRYN G. MANTOAN – 239649
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:	(415) 433-6830
Facsimile:	(415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; and A.P., a minor,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; UNKNOWN JAIL EMPLOYEE I; FREMONT-RIDEOUT HEALTH GROUP; MICHAEL FRATERS, D.O.; and DOES I through LX,<br><br>　　　　　Defendants. | Case No. 2:12-CV-00592-GEB-GGH<br><br>**[PROPOSED] ORDER GRANTING PETITION OF MARY PRASAD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR T.P.**<br><br>**Fed. R. Civ. P. 17(c); L.R. 202(a)**<br><br>Judge:   Hon. Garland E. Burrell, Jr. |

[648644-2]

2:12-CV-00592-GEB-GGH

[PROPOSED] ORDER GRANTING PETITION OF MARY PRASAD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR T.P.

## ORDER

The Court having considered the Petition of Mary Prasad for Appointment as Guardian *Ad Litem* for T.P., a minor who is a plaintiff in the above-referenced action, and good cause appearing therefor, the petition is hereby GRANTED, and Mary Prasad is appointed guardian *ad litem* for the minor T.P. in this action.

IT IS SO ORDERED.

**Date: 7/31/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[648644-2]

1    2:12-CV-00592-GEB-GGH
[PROPOSED] ORDER GRANTING PETITION OF MARY PRASAD FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINOR T.P.