IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; and A.P., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter | 2:12-cv-00592-GEB-GGH<br><br>ORDER DENYING MOTIONS TO DISMISS AND STRIKE FIRST AMENDED COMPLAINT |

1

```
County Jail Deputy Officer;      )
OLGA TAHARA, Sutter County Jail  )
Deputy Officer; ROSA DIAZ,       )
Sutter County Jail Deputy        )
Officer; ERIC CRAWFORD, Sutter   )
County Jail Deputy Officer;      )
BALJINDER RAI, Sutter County     )
Jail Deputy Officer; SHANE       )
DICKSON, Sutter County Jail      )
Deputy Officer; UNKNOWN JAIL     )
EMPLOYEE I; FREMONT-RIDEOUT      )
HEALTH GROUP; MICHAEL FRATERS,   )
D.O.,                            )
                Defendants.      )
_____
```

The motions filed on May 31, 2012 (ECF Nos. 18 & 19), June 4, 2012 (ECF Nos. 21 & 22), and June 15, 2012 (ECF No. 24) are denied since the motions concern Plaintiffs' First Amended Complaint ("FAC"), which is no longer the operative pleading in this action in light of the filing of Plaintiffs' Second Amended Complaint ("SAC") on November 26, 2012. See Hal Roach Studios, Inc., v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original"); Jones v. TW & Co., Inc., No. 1:11-CV-1242 AWI JLT, 2011 WL 4055721, at *2 (E.D. Cal. Sept. 12, 2011) ("With the filing of the [SAC], that complaint will be the active complaint and [Defendants'] motion[s] to dismiss [and strike the FAC] will be moot.").

Dated:   December 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge