UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PRASAD, et al., | No. 2:12-cv-00592-TLN-JFM |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

This matter is before the Court on a Request for Reconsideration by the District Court of Magistrate Judge's Ruling filed by Defendant County of Sutter ("Defendant"). (ECF No. 96.) Plaintiffs oppose the request. (ECF No. 101.) This Court upholds a magistrate judge decision unless it was "clearly erroneous or contrary to law." *See* E.D. Cal. L.R. 303(f); 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Upon review of the Magistrate Judge's Order, Defendants' Request for Reconsideration, and Plaintiff's Opposition, the Court concludes that the Magistrate Judge's ruling was not clearly erroneous or contrary to law.

Therefore, Defendant's Request for Reconsideration (ECF No. 96) is DENIED.

**IT IS SO ORDERED.**

Dated:        July 12, 2013

Troy L. Nunley
United States District Judge

1