ROBERT H. ZIMMERMAN, Bar No. 84345
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant RIDEOUT MEMORIAL HOSPITAL erroneously sued herein as FREMONT RIDEOUT HEALTH GROUP

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; and A.P., a minor, | No. 2:12-CV-00592-TLN-JFM |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE EXPERT DISCLOSURE DATES AND ORDER |
| vs. | |
| COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services-Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter County Jail Deputy Officer; OLGA TAHARA, Sutter County Jail Deputy Officer; ROSA DIAZ, Sutter County Jail Deputy Officer; ERIC | |

| | |
|---|---|
| CRAWFORD, Sutter County Jail Deputy Officer; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; FREMONT RIDEOUT HEALTH GROUP; and MICHAEL FRATERS, D.O., | ) ) ) ) ) ) |
| Defendants. | |

This case involves the death of a Sutter County jail inmate who had been recently treated at Rideout Memorial Hospital. The issues are complex with regard to decedent's medical condition and the respective duties of each defendant. Due to the complexity of the case,

IT IS HEREBY STIPULATED by, among and between the parties to the above captioned action, through their counsel of record, that expert disclosure dates pursuant to Federal Rule of Civil Procedure 26 will be continued for one week. Accordingly, each party shall comply with Rule 26(a)(2)(B) and (C) initial expert disclosure requirements on or before September 13, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before October 14, 2013.

IT IS SO STIPULATED:

DATED:   9/5/13                    ROSEN, BIEN GALVAN & GRUNFELD LLP

                                   By: /s/Kathryn G. Mantoan, Esq.
                                        Kathryn G. Mantoan, Esq.
                                        Attorneys for Plaintiffs

STIPULATION TO CONTINUE EXPERT DISCLOSURE DATES

DATED: 9/5/13          PORTER SCOTT

By: /s/John R. Whitefleet, Esq._____
      John R. Whitefleet, Esq.

Attorneys for Defendants COUNTY OF SUTTER; J. PAUL PARKER; DAVID SAMSON; NORMAN BIDWELL; LOU ANNE CUMMINGS; AMERJIT BHATTAL; BRENT GARBETT; DORIS BROWN; KIMBERLY WEISS; GURKIRAT BHANGU; CHRISTINA STOHLMAN; LESTER EATON; MIGUEL AGUILAR; OLGA TAHARA; ROSA DIAZ; ERIC CRAWFORD; BALJINDER RAI; AND SHANE DICKSON

DATED: 9/5/13          LEONARD & LYDE

By: /s/Jennifer C. Kurlan, Esq._____
      Jennifer C. Kurlan, Esq.

Attorneys for Defendant MICHAEL FRATERS, D.O.,

DATED: 9/5/13          WILLIAMS AND ASSOCIATES

By: /s/Kathleen Williams, Esq._____
      Kathleen Williams, Esq.

Attorneys for Defendant MELODY YOUNG

DATED: 9/5/13          SCHUERING ZIMMERMAN & DOYLE, LLP

STIPULATION TO CONTINUE EXPERT DISCLOSURE DATES

By: /s/Glenn M. Holley_____
Glenn M. Holley

Attorneys for Defendant RIDEOUT MEMORIALHOSPITAL erroneously sued herein as FREMONT RIDEOUT HEALTH GROUP

**ORDER**

Expert disclosure dates pursuant to Federal Rule of Civil Procedure 26 will be continued for one week. Accordingly, each party shall comply with Rule 26(a)(2)(B) and (C) initial expert disclosure requirements on or before September 13, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before October 14, 2013.

**SO ORDERED.**

Dated: September 9, 2013

_____
Troy L. Nunley
United States District Judge