UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PRASAD, et al., | No. 2:12-cv-0592 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

By order filed July 17, 2013, the court ordered payment of reasonable expenses by defendant County of Sutter to plaintiffs in the amount of $18,022.50.  See ECF No. 103.  Defendant seeks clarification as to the due date for payment of said sum.  Plaintiffs have filed a response.[1]

Accordingly, IT IS HEREBY ORDERED that defendant shall comply with the July 17, 2013 order within seven days of the date of this order.

Dated: January 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 prasad.pay

---

[1] While the court will not order payment of interest at this time, failure to promptly comply with this order may result in the award of additional expenses incurred by plaintiffs in connection with collection of the prior award of expenses.