MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
JENNIFER L. STARK – 267062
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

JOHN R. WHITEFLEET – 213301
PORTER SCOTT
A Professional Corporation
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:   (916) 929-1481
Facsimile:   (916) 927-3706

Attorneys for Defendants COUNTY OF SUTTER; J. PAUL PARKER; DAVID SAMSON; NORMAN BIDWELL; LOU ANNE CUMMINGS; AMERJIT BHATTAL; BRENT GARBETT; DORIS BROWN; KIMBERLY WEISS; GURKIRAT BHANGU; CHRISTINA STOHLMAN; LESTER EATON; MIGUEL AGUILAR; OLGA TAHARA; ROSA DIAZ; ERIC CRAWFORD; BALJINDER RAI; and SHANE DICKSON

KATHLEEN J. WILLIAMS – 127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, California 95822
Telephone:   (916) 456-1122
Facsimile:   (916) 737-1126

Attorneys for Defendant MELODY YOUNG


ROBERT H. ZIMMERMAN – 084345
GLENN M. HOLLEY – 119210
SCHUERING ZIMMERMAN
& DOYLE, LLP
400 University Avenue
Sacramento. California 95825-6502
Telephone:   (916) 567-0400
Facsimile:   (916) 568-0400

Attorneys for Defendant RIDEOUT MEMORIAL HOSPITAL (sued herein as FREMONT-RIDEOUT HEALTH GROUP)

D. MARC LYDE – 134869
JENNIFER C. KURLAN – 201757
LEONARD & LYDE
1600 Humboldt Road, Suite 1
Chico. California 95928
Telephone:   (530) 345-3494
Facsimile:   (530) 345-0460

Attorneys for Defendant MICHAEL FRATERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; and A.P., a minor,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF SUTTER et al.,<br><br>            Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY CUT-OFF** |

1     The Status (Pretrial Scheduling) Order in this case sets the discovery cut-off on February 7, 2014.  *See* Dkt. No. 36 at 2.  The parties to the above-captioned action jointly stipulate to a one business day extension of that cut-off for the purposes of completing one of the expert depositions that the parties have not been able to schedule within the current deadline, and ask this Court to find good cause to grant that extension.

Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent."  "The district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension."  *Moore v. Sidhu*, Case No. 1:11-CV-00172-LJO, 2012 WL 1232325, at *2 (E.D. Cal. Apr. 12, 2012) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).  Here, the parties have agreed on a schedule whereby three fact witnesses and eight of the nine expert witnesses disclosed in this case will be deposed during the remainder of the discovery period.  Extensive e-mail correspondence dating back to October 2013; an informal telephonic conference with Magistrate Judge Delaney on December 2, 2013; and a conference call between all counsel on January 3, 2014 were required in order to schedule these depositions consistent with the schedules of counsel and the witnesses.

Despite these efforts, the parties have been unable to identify a mutually agreeable date for the deposition of the final defense expert, Lawanna G. Farrell FNP, PA-C, MSN, prior to the discovery cut-off.  Ms. Farrell and counsel for all parties are available for Ms. Farrell's deposition on Monday, February 10, 2014 – the next business day after the current discovery cut-off.  Accordingly, the parties hereby stipulate, through their counsel of record, that the discovery cut-off may be extended until February 10, 2014 in this matter solely for the purpose of completing the deposition of defense expert Lawanna G. Farrell on that date.  With respect to all other discovery in the case, the parties stipulate that the discovery cut-off date would remain February 7, 2014.

The parties submit that good cause exists for this modification of the operative scheduling order, and respectfully request that the Court enter an order modifying the

scheduling order accordingly.

IT IS SO STIPULATED.

DATED: January 8, 2014        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kathryn G. Mantoan*
    Kathryn G. Mantoan

Attorneys for Plaintiffs

DATED: January 9, 2014        PORTER SCOTT
                              A Professional Corporation

By: */s/ John R. Whitefleet (authorized on 1/9/14)*
    John R. Whitefleet

Attorneys for Defendants COUNTY OF SUTTER; J. PAUL PARKER; DAVID SAMSON; NORMAN BIDWELL; LOU ANNE CUMMINGS; AMERJIT BHATTAL; BRENT GARBETT; DORIS BROWN; KIMBERLY WEISS; GURKIRAT BHANGU; CHRISTINA STOHLMAN; LESTER EATON; MIGUEL AGUILAR; OLGA TAHARA; ROSA DIAZ; ERIC CRAWFORD; BALJINDER RAI; and SHANE DICKSON

DATED: January 8, 2014        WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams (authorized on 1/8/14)*
    Kathleen J. Williams

Attorneys for Defendant MELODY YOUNG

| | | |
|---|---|---|
| 1 | DATED:  January 8, 2014 | SCHUERING ZIMMERMAN & DOYLE, LLP |
| 2 | | By:  */s/ Glenn M. Holley (authorized on 1/8/14)* |
| 3 | | Glenn M. Holley |

Attorneys for Defendant RIDEOUT MEMORIAL HOSPITAL (sued herein as FREMONT-RIDEOUT HEALTH GROUP)

DATED:  January 8, 2014   LEONARD & LYDE

By:  */s/ Jennifer C. Kurlan (authorized on 1/8/14)*
Jennifer C. Kurlan

Attorneys for Defendant MICHAEL FRATERS

## **ORDER**

The Court, having reviewed the above stipulation of the parties, and good cause appearing, hereby orders that the discovery cut-off is extended until February 10, 2014 in this matter solely for the purpose of completing the deposition of defense expert Lawanna G. Farrell on that date.  With respect to all other discovery in the case, the discovery cut-off date remains February 7, 2014.

IT IS SO ORDERED.

Dated: January 9, 2014

Troy L. Nunley
United States District Judge