UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PRASAD, et al., | No. 2:12-cv-0592 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

The parties have submitted a stipulation and proposed order regarding a potential discovery dispute about the depositions of the minor plaintiffs. The proposed order would effectively modify the scheduling order, which sets a discovery cut-off date of February 7, 2014. ECF Nos. 36, 126. As such, the request must be directed to the District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation and proposed order (ECF No. 127) is denied without prejudice.

Dated: January 31, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 prasad.minor.stip