MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; and A.P., a minor,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter County Jail Deputy Officer; OLGA TAHARA, Sutter County Jail Deputy Officer; ROSA DIAZ, Sutter County Jail Deputy Officer; ERIC CRAWFORD, Sutter County Jail Deputy Officer; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; FREMONT-RIDEOUT HEALTH GROUP; and MICHAEL FRATERS, D.O.,<br><br>          Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS OF MINOR PLAINTIFFS**<br><br>Judge:  Hon. Troy L. Nunley<br>Discovery Deadline:  Feb. 7, 2014<br>Trial:  Sept. 9, 2014 |

[1079490-14]

2:12-CV-00592-TLN-CKD

STIPULATION AND  ORDER REGARDING DEPOSITIONS OF MINOR PLAINTIFFS

The remaining parties to this action seek a stipulation preserving the right of Defendants to take the properly noticed depositions of the minor plaintiffs which were originally noticed for the afternoon of February 3, 2014. The parties also seek to preserve the right of Plaintiffs to file a motion for a protective order regarding those depositions.

The parties agree that the depositions may not be necessary if Defendants can obtain sufficient information from other sources about the children's claims. Melody Young has initiated a proceeding to obtain juvenile court files relating to the minor plaintiffs and their younger sister who was recently determined to be the biological child of Nathan Prasad and for whom arrangements are being made to become a plaintiff in this action. Plaintiffs' counsel and appointed counsel for the minors have filed objections. The hearing regarding defendant Melody Young's motion to obtain juvenile court and Child Protective Services (CPS) records is scheduled for February 3, 2014 in state court.

The parties seek the Court's permission to preserve these issues so that no party need incur the expense of litigating the issue of the children's depositions at this time should it subsequently be determined that the children's depositions will not be necessary.

**IT IS SO STIPULATED.**

DATED: January 31, 2014        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jennifer L. Stark*
    Jennifer L. Stark

Attorneys for Plaintiffs

DATED: January 31, 2014        WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams (authorized 1/31/14)*
    Kathleen J. Williams

Attorneys for Defendant MELODY YOUNG

1  DATED: January 31, 2014				PORTER SCOTT
2							A Professional Corporation
3
4							By:	/s/ John R. Whitefleet (authorized 1/31/14)
5								John R. Whitefleet
6							Attorneys for Defendants COUNTY OF SUTTER;
							J. PAUL PARKER; DAVID SAMSON; NORMAN
7							BIDWELL; LOU ANNE CUMMINGS; AMERJIT
							BHATTAL; BRENT GARBETT; DORIS
8							BROWN; KIMBERLY WEISS; GURKIRAT
							BHANGU; CHRISTINA STOHLMAN; LESTER
9							EATON; MIGUEL AGUILAR; OLGA TAHARA;
10							ROSA DIAZ; ERIC CRAWFORD; BALJINDER
							RAI; and SHANE DICKSON
11

# ORDER

This Court, having considered the stipulation of the parties and good cause existing, hereby orders that the parties be allowed to preserve the issue of taking the minors' depositions. The parties are hereby given until March 31, 2014, to inform the Court as to whether a briefing and hearing schedule should be established regarding this issue.

**IT IS SO ORDERED.**

Dated: February 4, 2014

_____
Troy L. Nunley
United States District Judge