1   MICHAEL W. BIEN – 096891
    ERNEST GALVAN – 196065
2   KATHRYN G. MANTOAN – 239649
    AARON J. FISCHER – 247391
3   JENNIFER L. STARK – 267062
    ROSEN BIEN
4   GALVAN & GRUNFELD LLP
    315 Montgomery Street, Tenth Floor
5   San Francisco, California  94104-1823
    Telephone:   (415) 433-6830
6   Facsimile:   (415) 433-7104

7   Attorneys for Plaintiffs

8

9   JOHN R. WHITEFLEET – 213301
    PORTER SCOTT
    A Professional Corporation
10  350 University Avenue, Suite 200
    Sacramento, CA  95825
11  Telephone:   (916) 929-1481
    Facsimile:   (916) 927-3706
12
    Attorneys for Defendants COUNTY OF
13  SUTTER; J. PAUL PARKER; DAVID
    SAMSON; NORMAN BIDWELL; LOU
14  ANNE CUMMINGS; AMERJIT
    BHATTAL; BRENT GARBETT; DORIS
15  BROWN; KIMBERLY WEISS;
    GURKIRAT BHANGU; CHRISTINA
16  STOHLMAN; LESTER EATON; MIGUEL
    AGUILAR; OLGA TAHARA; ROSA
17  DIAZ; ERIC CRAWFORD; BALJINDER
    RAI; and SHANE DICKSON
18

KATHLEEN J. WILLIAMS – 127021
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, California  95822
Telephone:   (916) 456-1122
Facsimile:   (916) 737-1126

Attorneys for Defendant MELODY
YOUNG


ROBERT H. ZIMMERMAN – 084345
GLENN M. HOLLEY – 119210
SCHUERING ZIMMERMAN
& DOYLE, LLP
400 University Avenue
Sacramento. California  95825-6502
Telephone:   (916) 567-0400
Facsimile:   (916) 568-0400

Attorneys for Defendant RIDEOUT
MEMORIAL HOSPITAL (sued herein as
FREMONT-RIDEOUT HEALTH GROUP)


D. MARC LYDE – 134869
JENNIFER C. KURLAN – 201757
LEONARD & LYDE
1600 Humboldt Road, Suite 1
Chico. California  95928
Telephone:   (530) 345-3494
Facsimile:   (530) 345-0460

Attorneys for Defendant MICHAEL
FRATERS

19              UNITED STATES DISTRICT COURT

20              EASTERN DISTRICT OF CALIFORNIA

21                  SACRAMENTO DIVISION

22

23  Estate of NATHAN PRASAD, deceased, by and
    through MARY PRASAD; MARY PRASAD;
24  T.P., a minor; and A.P., a minor,

25              Plaintiffs,

        v.
26
    COUNTY OF SUTTER et al.,
27
                Defendants.
28

Case No. 2:12-CV-00592-TLN-CKD

**STIPULATION AND ORDER
REGARDING THIRD AMENDED
COMPLAINT**

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their

2  respective attorneys of record, that Plaintiffs may file a Third Amended Complaint

3  ("TAC"), a copy of which is attached hereto as **Exhibit A**, solely for the purpose of

4  including in this action N.S., a minor, who was recently confirmed by paternity test as

5  Nathan Prasad's biological child.

6  Federal Rule of Civil Procedure 16 requires the district court to enter a scheduling

7  order in each case that, *inter alia*, "limit[s] the time to join other parties."  Fed. R. Civ. P.

8  16(b)(3)(A).  The operative scheduling order for this case, which was entered on August

9  15, 2012, authorized further future amendment of the pleadings "with leave of Court for

10 good cause shown."  Status (Pretrial Scheduling) Order, Dkt. No. 36 (Aug. 15, 2012) at 2;

11 *accord* Fed. R. Civ. P. 16(b)(4).  "Rule 16(b)'s 'good cause' standard primarily considers

12 the diligence of the party seeking the amendment," and permits the district court to modify

13 the scheduling order "if it cannot reasonably be met despite the diligence of the party

14 seeking the extension."  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th

15 Cir. 1992) (quoting Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)).

16 Given the facts that N.S.'s paternity was established only recently—long after the

17 operative scheduling order was entered—and that N.S.'s identity became known and

18 discovery regarding her potential claims was undertaken in this action, the parties submit

19 and agree that good cause exists for her joinder at this stage, and respectfully request that

20 the Court enter an order approving the filing of the TAC accordingly.  The joinder of N.S.

21 is particularly appropriate given that the parties have negotiated and agreed to a global

22 settlement that covers the claims of the existing minor plaintiffs (T.P. and A.P.) as well as

23 the minor N.S. in relation to the death of their father Nathan Prasad, as indicated in the

24 Notice of Settlement filed concurrently.

25 IT IS FURTHER STIPULATED that each and every one of the defendants named

26 in the TAC (collectively, "Defendants") waive notice and service of the TAC and shall not

27 be required to answer the amendment.

28 IT IS FURTHER STIPULATED that Defendants' denials, responses, and

1  affirmative defenses contained in each respective Answer to the Second Amended
2  Complaint shall be deemed responsive to the TAC.

3      Accordingly, the parties respectfully request that, in the interests of justice and good
4  cause appearing, the Court enter an order permitting Plaintiffs to file a TAC solely for the
5  purpose of adding N.S., a minor, to this action.

6      IT IS SO STIPULATED.

7

8  DATED:  February 27, 2014            ROSEN BIEN GALVAN & GRUNFELD LLP

9                                      By:  */s/ Kathryn G. Mantoan*
10                                          Kathryn G. Mantoan

11                                     Attorneys for Plaintiffs

12

13  DATED:  February 28, 2014           PORTER SCOTT
14                                      A Professional Corporation

15                                     By:  */s/ John R. Whitefleet (authorized 2/28/2014)*
                                            John R. Whitefleet
16
17                                     Attorneys for Defendants COUNTY OF SUTTER;
                                       J. PAUL PARKER; DAVID SAMSON; NORMAN
18                                     BIDWELL; LOU ANNE CUMMINGS; AMERJIT
                                       BHATTAL; BRENT GARBETT; DORIS
19                                     BROWN; KIMBERLY WEISS; GURKIRAT
                                       BHANGU; CHRISTINA STOHLMAN; LESTER
20                                     EATON; MIGUEL AGUILAR; OLGA TAHARA;
21                                     ROSA DIAZ; ERIC CRAWFORD; BALJINDER
                                       RAI; and SHANE DICKSON
22

23
24  DATED:  February 27, 2014           WILLIAMS & ASSOCIATES

25                                     By:  */s/ Kathleen J. Williams (authorized 2/27/14)*
                                            Kathleen J. Williams
26
27                                     Attorneys for Defendant MELODY YOUNG

28

DATED: February 28, 2014          SCHUERING ZIMMERMAN & DOYLE, LLP

                                  By:  */s/ Glenn M. Holley (authorized 2/28/14)*
                                       Glenn M. Holley

                                  Attorneys for Defendant RIDEOUT MEMORIAL
                                  HOSPITAL (sued herein as FREMONT-RIDEOUT
                                  HEALTH GROUP)

DATED: February 28, 2014          LEONARD & LYDE

                                  By:  */s/ Jennifer C. Kurlan (authorized 2/28/14)*
                                       Jennifer C. Kurlan

                                  Attorneys for Defendant MICHAEL FRATERS,
                                  D.O.


## ORDER

        The Court, having reviewed the above stipulation of the parties and good cause

appearing, hereby GRANTS the Stipulation affording Plaintiffs leave to file a Third

Amended Complaint.  The Third Amended Complaint, attached as **Exhibit A** hereto, shall

be deemed filed and served as of the date of the entry of this Order.

        IT IS SO ORDERED.

Dated: March 3, 2014


                                  Troy L. Nunley
                                  United States District Judge

STIPULATION AND ORDER REGARDING THIRD AMENDED COMPLAINT