[1148920-3]

1 | MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
2 | KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
3 | JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
4 | 315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
5 | Telephone: (415) 433-6830
Facsimile: (415) 433-7104
6 | Attorneys for Plaintiffs

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9 | SACRAMENTO DIVISION

10 | Estate of NATHAN PRASAD, deceased, by and
through MARY PRASAD; MARY PRASAD; T.P.,
11 | a minor; A.P., a minor; and N.S., a minor,

Plaintiffs,

12 | v.

13 | COUNTY OF SUTTER; J. PAUL PARKER,
Sutter County Sheriff's Department Sheriff;
14 | DAVID SAMSON, Sutter County Jail Division
Commander; NORMAN BIDWELL, Sutter
15 | County Jail Corrections Lieutenant; LOU ANNE
CUMMINGS, Sutter County Health Officer;
16 | AMERJIT BHATTAL, Sutter County Assistant
Director of Human Services – Health Division;
17 | BRENT GARBETT, Sutter County Jail Nurse
Program Manager; DORIS BROWN, Sutter
18 | County Jail Advanced Registered Nurse
Practitioner; MELODY YOUNG, Sutter County
19 | Jail Licensed Vocational Nurse; KIMBERLY
WEISS, Sutter County Jail Licensed Vocational
20 | Nurse; GURKIRAT BHANGU, Sutter County
Jail Licensed Vocational Nurse; CHRISTINA
21 | STOHLMAN, Sutter County Jail Correctional
Officer; LESTER EATON, Sutter County Jail
22 | Correctional Officer; MIGUEL AGUILAR,
Sutter County Jail Deputy Officer; OLGA
23 | TAHARA, Sutter County Jail Deputy Officer;
ROSA DIAZ, Sutter County Jail Deputy Officer;
24 | ERIC CRAWFORD, Sutter County Jail Deputy
Officer; BALJINDER RAI, Sutter County Jail
25 | Deputy Officer; SHANE DICKSON, Sutter
County Jail Deputy Officer; FREMONT-
26 | RIDEOUT HEALTH GROUP; and MICHAEL
FRATERS, D.O.,
27 | Defendants.

28 |

Case No. 2:12-CV-00592-TLN-CKD

**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141**

ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141

## ORDER

On April 10, 2014, Plaintiffs, by and through plaintiff MARY PRASAD as Court-appointed guardian *ad litem* for plaintiffs T.P., A.P., and N.S. (collectively, the "Minor Plaintiffs"), submitted to the Court by email a Request to File Under Seal ("Request") a document entitled Confidential Declaration of Kathryn G. Mantoan in Support of Plaintiffs' Motion for Approval of Minors' Compromise and for Orders to Deposit Money Into Blocked Accounts ("Confidential Mantoan Declaration"). The Request, Confidential Mantoan Declaration, and accompanying Proposed Order were served on all defendants in this action by overnight mail on the same day, in compliance with Eastern District of California Local Rule 141(b).

Having reviewed the Confidential Mantoan Declaration and its attached exhibit and Plaintiffs' request to file under seal, the Court finds that the documents at issue contain sensitive, private, and personal information, the disclosure of which may prove unduly burdensome and harmful to the Minor Plaintiffs. Further, the public's interest in accessing this information is minimal, as it is unrelated to the merits of the Minor Plaintiffs' claims or the underlying causes of action in this case. Therefore, given the balance of equities, good case exists to maintain these documents under seal.

Accordingly, Plaintiffs' Request to File Under Seal the Confidential Declaration of Kathryn G. Mantoan in Support of Plaintiffs' Motion for Approval of Minors' Compromise and for Orders to Deposit Money Into Blocked Accounts is GRANTED.

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141