```
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; A.P., a minor; and N.S., a minor,<br><br>           Plaintiffs,<br><br>     v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter County Jail Deputy Officer; OLGA TAHARA, Sutter County Jail Deputy Officer; ROSA DIAZ, Sutter County Jail Deputy Officer; ERIC CRAWFORD, Sutter County Jail Deputy Officer; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; FREMONT-RIDEOUT HEALTH GROUP; and MICHAEL FRATERS, D.O.,<br><br>           Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141** |

[1148920-4]

ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141

On April 11, 2014, Plaintiffs, by and through plaintiff MARY PRASAD as Court-appointed guardian *ad litem* for plaintiffs T.P., A.P., and N.S. (collectively, the "Minor Plaintiffs"), submitted to the Court by email a Request to File Under Seal Pursuant to Local Rule 141 documents entitled: [Proposed] Order to Deposit Money into Blocked Account for T.P.; [Proposed] Order to Deposit Money into Blocked Account for A.P.; and [Proposed] Order to Deposit Money into Blocked Account for N.S. (collectively, the "Three [Proposed] Orders"). The Request, Three [Proposed] Orders, and accompanying Proposed Order Granting Plaintiffs' Request to File Documents under Seal Pursuant to Local Rule 141 were served on all defendants in this action by overnight mail on the same day, in compliance with Eastern District of California Local Rule 141(b).

Having reviewed the Three [Proposed] Orders and Plaintiffs' Request to File Documents Under Seal Pursuant to Local Rule 141, the Court finds that the documents at issue contain sensitive, private, and personal information, the disclosure of which may prove harmful to the Minor Plaintiffs. Local Rule 140 and Federal Rule of Civil Procedure 5.2 prohibit the filing of such information in the public record. Therefore, given the balance of equities, good case exists to maintain these documents under seal.

Accordingly, Plaintiffs' Request to File Under Seal the [Proposed] Order to Deposit Money into Blocked Account for T.P.; [Proposed] Order to Deposit Money into Blocked Account for A.P.; and [Proposed] Order to Deposit Money into Blocked Account for N.S. is GRANTED.

**IT IS SO ORDERED.**

Dated: May 20, 2014

Troy L. Nunley
United States District Judge