MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
KATHRYN G. MANTOAN – 239649
AARON J. FISCHER – 247391
JENNIFER L. STARK – 267062
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; A.P., a minor; and N.S., a minor,<br><br>            Plaintiffs,<br><br>     v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter County Jail Deputy Officer; OLGA TAHARA, Sutter County Jail Deputy Officer; ROSA DIAZ, Sutter County Jail Deputy Officer; ERIC CRAWFORD, Sutter County Jail Deputy Officer; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; FREMONT-RIDEOUT HEALTH GROUP; and MICHAEL FRATERS, D.O.,<br><br>            Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF MINORS' COMPROMISE AND FOR ORDERS TO DEPOSIT MONEY INTO BLOCKED ACCOUNTS**<br><br>Judge:   Hon. Troy L. Nunley<br>Date:    May 8, 2014<br>Time:    2:00 p.m.<br>Crtrm.:   2, 15th Floor |

[1145731-2]

2:12-CV-00592-TLN-CKD
ORDER GRANTING MOTION FOR APPROVAL OF MINORS' COMPROMISE AND FOR ORDERS TO DEPOSIT MONEY INTO BLOCKED ACCOUNTS

1       This Court has reviewed and considered Plaintiffs' Motion for Approval of Minors'
2 Compromise and for Orders to Deposit Money Into Blocked Accounts submitted by
3 plaintiff MARY PRASAD as Court-appointed guardian *ad litem* for plaintiffs T.P., A.P.
4 and N.S. (collectively, the "Minor Plaintiffs"), and the materials submitted in support.

5       The Court finds that the proposed settlement, which will yield $394,103.94
6 collectively to the Minor Plaintiffs in compensation for their injuries and loss, divided
7 evenly amongst them (for an amount of $131,367.98 each), is an appropriate, fair, and
8 reasonable settlement and compromise of the Minor Plaintiffs' claims in this action, and
9 serves their best interests. *See Shannon A. v. Orland Unified*, No. 2:11-cv-00718-TLN-
10 DAD, 2013 WL 4828140, at *2 (E.D. Cal. Sept. 6, 2013); *Robidoux v. Rosengren*, 638
11 F.3d 1177, 1179 (9th Cir. 2011). The Court finds Plaintiffs' counsel's fees and costs to be
12 fair and reasonable. The Court further finds that the allocation of the Minor Plaintiffs'
13 settlement shares set forth in the settlement agreements and paragraph 16 of Plaintiffs'
14 Motion, and the proposed schedules of payments and payees set forth in the settlement
15 agreements and paragraphs 20-21 of Plaintiffs' Motion, to be fair, reasonable, and in the
16 minors' best interests, and approves them accordingly. The Court further finds that
17 establishment of blocked accounts for each of the Minor Plaintiffs is fair, reasonable, and
18 in the minors' best interests, and accordingly separately enters orders to deposit money
19 into those accounts for each of the Minor Plaintiffs.

20       For the foregoing reasons, Plaintiffs' Motion for Approval of Minors' Compromise
21 and for Orders to Deposit Money into Blocked Accounts is hereby GRANTED.

22       **IT IS SO ORDERED.**

24 Dated: May 20, 2014

                                              Troy L. Nunley
                                              United States District Judge