**TO BE FILED ON PUBLIC DOCKET**

To: Chambers of Magistrate Judge Carolyn K. Delaney
*via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re: **Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

N.D.S.   [Full Name To Be Filed Under Seal]

Bank Account Number:   To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Day Camp (Duration All Summer)

Amount requested:   $1,055.00

Requested payee:   MARY A. PRASAD

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 07/18/2014      *Mary A. Prasad*
                        Mary Prasad

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**
DATED: 7/30/2014      *Carolyn K. Delaney*
                       Hon. Carolyn K. Delaney
                       Magistrate Judge
                       United States District Court

**TO BE FILED ON PUBLIC DOCKET**

To:   Chambers of Magistrate Judge Carolyn K. Delaney
      *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re:   **Application for Order Authorizing Blocked Account Disbursement**
      *Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

### APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

A.S.L.P.                              [Full Name To Be Filed Under Seal]

Bank Account Number:          To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Day Camp (Duration All Summer)

Amount requested:             $1,055.00

Requested payee:              Mary A. Prasad

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 07/18/2014             /s/ Mary A. Prasad
                              Mary Prasad

### [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

IT IS SO ORDERED.

DATED: 7/30/2014              /s/ Carolyn K. Delaney
                              Hon. Carolyn K. Delaney
                              Magistrate Judge
                              United States District Court

**TO BE FILED ON PUBLIC DOCKET**

To: Chambers of Magistrate Judge Carolyn K. Delaney
*via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re: **Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

### APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

T.A.P.                                      [Full Name To Be Filed Under Seal]

Bank Account Number:         To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Day Camp (Duration All Summer)

Amount requested:       $1,055.00

Requested payee:        MARY A. PRASAD

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 07-18-2014                    /s/ Mary Prasad
                                     Mary Prasad

### [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

IT IS SO ORDERED.

DATED: 7/30/2014                    /s/ Carolyn K. Delaney
                                    Hon. Carolyn K. Delaney
                                    Magistrate Judge
                                    United States District Court