**TO BE FILED ON PUBLIC DOCKET**

To:         Chambers of Magistrate Judge Carolyn K. Delaney
            *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From:     Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re:        **Application for Order Authorizing Blocked Account Disbursement**
            *Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

### APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

T.A.P.                                   [Full Name To Be Filed Under Seal]

Bank Account Number:        To Be Filed Under Seal

Purpose(s) for which funds are requested:

Karate lessons (for entire year)

Amount requested:          $1440.00

Requested payee:            Mary A. Prasad

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 09/26/2014                 *Mary A. Prasad*
                                                      Mary Prasad

### [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**
DATED: 10/27/2014                *Carolyn Delaney*
                                              Hon. Carolyn K. Delaney
                                              Magistrate Judge
                                              United States District Court