**TO BE FILED ON PUBLIC DOCKET**

To:        Chambers of Magistrate Judge Carolyn K. Delaney
               *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From:     Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re:        **Application for Order Authorizing Blocked Account Disbursement**
               ***Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD**

### APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

N. D. S.           [Full Name To Be Filed Under Seal]

Bank Account Number:      To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Camp (All Summer)

Amount requested:      $ 1,065.00

Requested payee:       Mary A Prasad

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 04|14|2015          _____
                               Mary Prasad

### [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**
DATED: 4/22/2015         _____
                               Hon. Carolyn K. Delaney
                               Magistrate Judge
                               United States District Court