**TO BE FILED ON PUBLIC DOCKET**

To: Chambers of Magistrate Judge Carolyn K. Delaney
*via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re: **Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

A.S.L.P.  [Full Name To Be Filed Under Seal]

Bank Account Number: To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Day Camp (All Summer)

Amount requested: $1,065.00

Requested payee: Mary A. Prasad

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 04/14/2015

Mary Prasad

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**
DATED: 4/22/2015

Hon. Carolyn K. Delaney
Magistrate Judge
United States District Court