*via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Mary Prasad, Guardian *Ad Litem* for Minor Plaintiffs

Re: **Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

FILED
APR 26 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Mary Prasad hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

A.S.L.P  [Full Name To Be Filed Under Seal]

Bank Account Number:  To Be Filed Under Seal

Purpose(s) for which funds are requested:

Summer Camp 2016 / Cheer Camp

Amount requested: $1,530.00

Requested payee: Mary A Prasad

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 04/20/2016   /s/ Mary A Prasad
                    Mary Prasad

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

IT IS SO ORDERED.

DATED: 4/26/2016   /s/ Carolyn K. Delaney
                   Hon. Carolyn K. Delaney
                   Magistrate Judge
                   United States District Court