ERNEST GALVAN – 196065
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
egalvan@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; A.P., a minor; and N.S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; et al.,<br>Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**ORDER GRANTING PETITION OF JACKIE LEE BROWN FOR APPOINTMENT AS GUARDIAN *AD LITEM* FOR MINORS T.P., A.P. and N.S.**<br><br>**Fed. R. Civ. P. 17(c); L.R. 202(a)**<br><br>Judge: Carolyn K. Delaney |

# ORDER

The Court, having considered the Petition of Mary Prasad and Jackie Lee Brown for Substitution of Jackie Lee Brown as Guardian *Ad Litem* for minor plaintiffs T.P., A.P., and N.S., and good cause appearing therefor, the petition is hereby GRANTED, and Jackie Lee Brown is appointed guardian *ad litem* for minor plaintiffs T.P., A.P., and N.S.

IT IS SO ORDERED.

Dated: April 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE