MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of NATHAN PRASAD, deceased, by and through MARY PRASAD; MARY PRASAD; T.P., a minor; A.P., a minor; and N.S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; J. PAUL PARKER, Sutter County Sheriff's Department Sheriff; DAVID SAMSON, Sutter County Jail Division Commander; NORMAN BIDWELL, Sutter County Jail Corrections Lieutenant; LOU ANNE CUMMINGS, Sutter County Health Officer; AMERJIT BHATTAL, Sutter County Assistant Director of Human Services – Health Division; BRENT GARBETT, Sutter County Jail Nurse Program Manager; DORIS BROWN, Sutter County Jail Advanced Registered Nurse Practitioner; MELODY YOUNG, Sutter County Jail Licensed Vocational Nurse; KIMBERLY WEISS, Sutter County Jail Licensed Vocational Nurse; GURKIRAT BHANGU, Sutter County Jail Licensed Vocational Nurse; CHRISTINA STOHLMAN, Sutter County Jail Correctional Officer; LESTER EATON, Sutter County Jail Correctional Officer; MIGUEL AGUILAR, Sutter County Jail Deputy Officer; OLGA TAHARA, Sutter County Jail Deputy Officer; ROSA DIAZ, Sutter County Jail Deputy Officer; ERIC CRAWFORD, Sutter County Jail Deputy Officer; BALJINDER RAI, Sutter County Jail Deputy Officer; SHANE DICKSON, Sutter County Jail Deputy Officer; FREMONT-RIDEOUT HEALTH GROUP; and MICHAEL FRATERS, D.O.,<br><br>Defendants. | Case No. 2:12-CV-00592-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Carolyn K. Delaney |

On April 26, 2017, Plaintiffs, by and through plaintiff MARY PRASAD as Court-appointed guardian *ad litem* for plaintiffs T.P., A.P., and N.S. (collectively, the "Minor Plaintiffs"), submitted to the Court by email a Request to File Under Seal ("Request") a document entitled Declaration of Jackie Lee Brown in Support of Petition of Jackie Lee Brown and Mary Prasad for Substitution of Jackie Lee Brown as Guardian *ad Litem* for Minors T.P., A.P. and N.S. ("Brown Declaration").

Having reviewed the Brown Declaration and exhibits thereto, and Plaintiffs' request to file under seal, the Court finds that the documents at issue contain sensitive, private, and personal information, the disclosure of which may prove unduly burdensome and harmful to the Minor Plaintiffs. Further, the public's interest in accessing this information is minimal, as it is unrelated to the merits of the Minor Plaintiffs' claims or the underlying causes of action in this case. Therefore, given the balance of equities, good case exists to maintain these documents under seal.

Accordingly, Plaintiffs' Request to File Under Seal the Declaration of Jackie Lee Brown in Support of Petition of Jackie Lee Brown and Mary Prasad for Substitution of Jackie Lee Brown as Guardian ad Litem for Minors T.P., A.P. and N.S. is GRANTED.

Dated: April 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE