To:      Chambers of Magistrate Judge Carolyn K. Delaney
        *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From:    Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re:       **CONFIDENTIAL Application for Order Authorizing Blocked Account Disbursement**
        *Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Full Name of minor plaintiff/blocked account beneficiary:

__N.D.P.B.__

Bank Account Number: _____

Purpose(s) for which funds are requested:

__Family Vacation | Clothing Allowance | Winter camp | Dance Lessor__

Amount requested: __$2,541.91__

Requested payee: __Jackie Brown__

Documentation supporting this request, if available, is attached.

DATED: __08/30/17__           */s/ Jackie Lee Brown*
                                             Jackie Lee Brown

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**

DATED: __9/5/17__                   */s/ Carol*
                                             Hon. Carolyn K. Delaney
                                             Magistrate Judge
                                             United States District Court