To: Chambers of Magistrate Judge Carolyn K. Delaney
via Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re: **CONFIDENTIAL Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Full Name of minor plaintiff/blocked account beneficiary:

A.S.L.P.B.

Bank Account Number: _____

Purpose(s) for which funds are requested:

Family Vacation/Guitar Lessons/Dance Lessons/Clothing Allow and Winter Camp.

Amount requested: $3,291.91

Requested payee: Jackie Lee Brown

Documentation supporting this request, if available, is attached.

DATED: 08/30/17

Jackie Lee Brown

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**

DATED: 9/5/2017

Hon. Carolyn K. Delaney
Magistrate Judge
United States District Court

[1231705.2]