**TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER (DOCKET NO. 159)**

To: Chambers of Magistrate Judge Carolyn K. Delaney
*via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re: **CONFIDENTIAL Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Full Name of minor plaintiff/blocked account beneficiary:

T.A.P.B.

Bank Account Number: _____

Purpose(s) for which funds are requested:

Final orthodontic payment for Phase two of braces

Amount requested: $2,776.38

Requested payee: Jackie Lee Brown

Documentation supporting this request, if available, is attached.

DATED: 11/10/17

*/s/ Jackie Lee Brown*
Jackie Lee Brown

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

IT IS SO ORDERED.

DATED: 11/15/2017

*/s/ Carolyn K. Delaney*
Hon. Carolyn K. Delaney
Magistrate Judge
United States District Court

[1231705.2]