

**FILED**

APR 2 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

## TO BE FILED ON PUBLIC DOCKET

To:     Chambers of Magistrate Judge Carolyn K. Delaney
        *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From:   Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re:     **Application for Order Authorizing Blocked Account Disbursement**
        *Prasad v. County of Sutter*, **E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD**

### APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

A.S.L.P.B          [Full Name To Be Filed Under Seal]

Bank Account Number:          To Be Filed Under Seal

Purpose(s) for which funds are requested:

2018 Cheer registration | Worldstrides Washington D.C. & New York Trip

Amount requested:          # 3,000

Requested payee:          Jackie Lee Brown

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: _____          _____
                                 Jackie Lee Brown

### [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**

DATED: 4/26/2018          _____

                          Hon. Carolyn K. Delaney
                          Magistrate Judge
                          United States District Court