To:        Chambers of Magistrate Judge Carolyn K. Delaney
              *via* Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From:     Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re:        **Application for Order Authorizing Blocked Account Disbursement**
              ***Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD**

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

A.S.L.P.B              [Full Name To Be Filed Under Seal]

Bank Account Number:        To Be Filed Under Seal

Purpose(s) for which funds are requested:

Parks & rec Summer camp | childcare | Cheer | High school expense
D.C & New York Spending money

Amount requested:                $ 4,451.00

Requested payee:              Jackie Lee Brown

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 3/4/19                 *Jackie Lee Brown*
                                   Jackie Lee Brown

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**

DATED: 3/6/2019                              
                                  Hon. Carolyn K. Delaney
                                  Magistrate Judge
                                  United States District Court