To: Chambers of Magistrate Judge Carolyn K. Delaney
*via* Courtroom Deputy Judy Streeter, jstreeter@caed.uscourts.gov

From: Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re: **Application for Order Authorizing Blocked Account Disbursement**
*Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

## APPLICATION

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Name (*initials only*) of minor plaintiff/blocked account beneficiary:

T.A.P.B          [Full Name To Be Filed Under Seal]

Bank Account Number: To Be Filed Under Seal

Purpose(s) for which funds are requested:
T.A.P.B car.

Amount requested: $ 5,000

Requested payee: Jackie Lee Brown

Documentation supporting this request, if available, is attached (or filed under seal, as appropriate).

DATED: 10/16/19

Jackie Lee Brown

## [PROPOSED] ORDER

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

**IT IS SO ORDERED.**

DATED: 10/21/2019

Hon. Carolyn K. Delaney
Magistrate Judge
United States District Court

[1231705.2]