**TO BE FILED UNDER SEAL PURSUANT TO COURT ORDER (DOCKET NO. 159)**

To: Chambers of Magistrate Judge Carolyn K. Delaney
    via Courtroom Deputy Kyle Owen, kowen@caed.uscourts.gov

From: Jackie Lee Brown, Guardian *Ad Litem* for Minor Plaintiffs

Re: **CONFIDENTIAL Application for Order Authorizing Blocked Account Disbursement**
    *Prasad v. County of Sutter*, E.D. Cal. Case No. 2:12-cv-00592-TLN-CKD

**APPLICATION**

Pursuant to the procedure set forth in the relevant blocked account order entered under seal by the Court in this case and E.D. Cal. L.R. 202(f), court-appointed guardian *ad litem* Jackie Lee Brown hereby submits the following request for an order authorizing an interim disbursement of blocked account funds.

Full Name of minor plaintiff/blocked account beneficiary:

N.D.P.B.

Bank Account Number: 1641 0144 0447

Purpose(s) for which funds are requested:

Purchase of a Vehicle

Amount requested: $ 5,447.00

Requested payee: Jackie Lee Brown

Documentation supporting this request, if available, is attached.

DATED: 8/9/23

Jackie Lee Brown

**[PROPOSED] ORDER**

The Court hereby approves this request, and authorizes the withdrawal of the requested amount from the indicated blocked account for disbursement to the payee identified above.

IT IS SO ORDERED.

DATED: August 16, 2023

Hon. Carolyn K. Delaney
Magistrate Judge
United States District Court

[1231705.2]

August 9th, 2023

To whom it may concern,
I Jackie Lee Brown am requesting that $5,447.00 be released for     N.D.P.B.     to go towards purchasing her first vehicle. If you have any questions please feel free to contact me.

Thank you in advance,

*Jackie Lee Brown*

Jackie Lee Brown
(530)-434-0268
jlbrown133@yahoo.com